# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2008

SELF INITIATED AMENDMENT

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

" *AMENDED* "

| 1. Person Reporting (last name, first, middle initial) PLATT, THOMAS C. | 2. Court or Organization EASTERN DISTRICT OF NEW YORK | 3. Date of Report 05/05/2009 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. DISTRICT JUDGE (SENIOR) | 5a. Report Type (check appropriate type) ☐ Nomination, Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2008 to 12/31/2008 |
| 7. Chambers or Office Address U.S. DISTRICT COURT P.O. BOX 9014 CENTRAL ISLIP, NEW YORK 11722 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | U/W ████████████ |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

RECEIVED 2009 MAY 19 A 10:18 FINANCIAL DISCLOSURE OFFICE

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

Platt_Thomas_C 1

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | Trustee (Commissions - ███████) | $11,583.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.* *(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *— transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. Federal Bar Council (Judges Reception) | April 3, 2008 | NYC | Reception | H & T |
| 2. Federal Bar Council (Law Day Dinner) | May 1, 2008 | NYC | Dinner | H & S, T, F |
| 3. E.D.N.Y. Court Celebration of Senior Judges | May 29, 2008 | Brooklyn, NY | Program/Reception | H & S, F |
| 4. S.D.N.Y. Court Memorial for Judge Charles L. Brieant | September 23, 2008 | White Plains, NY | Memorial | H & S, T |
| 5. E.D.N.Y. Court, Robert Hei nemann's Anniversary | October 24, 2008 | Brooklyn, NY | Anniversary Celebration | H & T |

| Name of Person Reporting | Date of Report |
|---|---|
| PLATT, THOMAS C. | 05/05/2009 |

| | | | | |
|---|---|---|---|---|
| 6. Transferee Judges Conference | October 27, 2008 | Palm Beach, Fla | Conference | H & S, T, F, L |
| 7. Federal Bar Council Luncheon | November 26, 2008 | NYC | Luncheon | H, F, T |
| 8. | | | | |
| 9. | | | | |

PLATT, THOMAS C.

05/05/2009

| Name of Person Reporting | Date of Report |
|---|---|
| PLATT, THOMAS C. | 05/05/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑  NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑  NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Allstate Corp. Common | B | Dividend | K | T | | | | | |
| 2. Black & Decker Common | A | Dividend | J | T | | | | | |
| 3. Canadian Pacific (Ltd.) Common | A | Dividend | K | T | | | | | |
| 4. Conoco Philips | C | Dividend | M | T | | | | | |
| 5. Direct TV Group Inc. | | None | J | T | | | | | |
| 6. Discover Financial Services | A | Dividend | J | T | | | | | |
| 7. Dupont de Nemours Common | A | Dividend | K | T | | | | | |
| 8. El Paso Corp. Common | A | Dividend | K | T | | | | | |
| 9. Encana Corp. Common | C | Dividend | L | T | | | | | |
| 10. Exxon Mobil Common | E | Dividend | P1 | T | | | | | |
| 11. Fording CDN Coal Trust Common | A | Dividend | J | T | Sold | 10/23 | J | D | |
| 12. General Electric Common | E | Dividend | N | T | | | | | |
| 13. Halliburton Co. Common | D | Dividend | O | T | | | | | |
| 14. Hartford Fin. Serv. Group Common | A | Dividend | J | T | | | | | |
| 15. Host Hotels & Resorts | A | Dividend | J | T | | | | | |
| 16. IBM Common | C | Dividend | M | T | | | | | |
| 17. International Paper Co. Common | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PLATT, THOMAS C. | 05/05/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. ITT Industries Common | A | Dividend | J | T | | | | | |
| 19. Morgan Stanley Common | B | Dividend | K | T | | | | | |
| 20. News Corp. Ltd. Preferred | | None | J | T | | | | | |
| 21. Pepsico Common | C | Dividend | M | T | | | | | |
| 22. Progress Energy Common | A | Dividend | J | T | | | | | |
| 23. Sears Holding | | None | J | T | | | | | |
| 24. Starwood Hotels Common | A | Dividend | J | T | | | | | |
| 25. Sun Trust Common | A | Dividend | J | T | | | | | |
| 26. Yum Brands Common | A | Dividend | K | T | | | | | |
| 27. UBS (Paine Webber) Cash Fund | E | Int./Div. | P1 | T | | | | | |
| 28. Chase Bank | A | Interest | L | T | | | | | |
| 29. US Series H Bonds | B | Interest | L | T | | | | | |
| 30. IRAs - Chase | B | Interest | J | T | | | | | |
| 31. * * * * * * * * | | | | | | | | | |
| 32. Trustee - Trust ▓▓ | F | Dividend | P1 | T | | | | | |
| 33. Direct TV Group Inc. | | | | | | | | | |
| 34. Du Pont De Nemours | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PLATT, THOMAS C. | 05/05/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Exxon Mobil Corp. | | | | | | | | | |
| 36. Genl Electric Co | | | | | | | | | |
| 37. Intl Paper Co | | | | | | | | | |
| 38. News Corp. Ltd. | | | | | | | | | |
| 39. Pepco Holdings, Inc. | | | | | | | | | |
| 40. Raytheon Co CL A | | | | | | | | | |
| 41. Xcel Energy Inc. (formerly Nthn States Power Minn) | | | | | | | | | |
| 42. UBS (Paine Webber) RMA-Govt Cash Fund | | | | | | | | | |
| 43. U.S. Treasury Note | | | | | | | | | |
| 44. | | | | | | | | | |
| 45. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PLATT, THOMAS C. | 05/05/2009 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

III. Non-Investment Income
   B. Spouse's Non-Investment Income
       ███████ received about $800 from the United States Courts for a painting on July 30, 2008 of SDNY Bankruptcy Court.

V. Gifts
   Forbes Magazine annual subscription - a gift from Mr. Steve Forbes - value $59.95.

VII. Investments and Trusts
   Line 11 - C1 and C2 should be blank.
   Lines 33-45:  A couple of years ago, Committee rep agreed with me, trust assets need only be disclosed - no further details required.

| Name of Person Reporting | Date of Report |
|---|---|
| PLATT, THOMAS C. | 05/05/2009 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature  05/12/09

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

AO 10
Rev. 1/2008

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2008

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| PLATT, THOMAS C. | EASTERN DISTRICT OF NEW YORK | 05/05/2009 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. DISTRICT JUDGE (SENIOR) | ☐ Nomination, Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2008<br>to<br>12/31/2008 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| U.S. DISTRICT COURT<br>P.O. BOX 9014<br>CENTRAL ISLIP, NEW YORK 11722 | Reviewing Officer_____ Date_____ |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | U/W ███████████ |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2009 MAY 12 A 10: 01 FINANCIAL DISCLOSURE OFFICE

Platt_Thomas_C 2

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. | Trustee (Commissions - ████████ | $11,583.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. Federal Bar Council (Judges Reception) | April 3, 2008 | NYC | Reception | H & T |
| 2. Federal Bar Council (Law Day Dinner) | May 1, 2008 | NYC | Dinner | H & S, T, F |
| 3. E.D.N.Y. Court Celebration of Senior Judges | May 29, 2008 | Brooklyn, NY | Program/Reception | H & S, F |
| 4. S.D.N.Y. Court Memorial for Judge Charles L. Brieant | September 23, 2008 | White Plains, NY | Memorial | H & S, T |
| 5. E.D.N.Y. Court, Robert Heinemann's Anniversary | October 24, 2008 | Brooklyn, NY | Anniversary Celebration | H & T |

| Name of Person Reporting | Date of Report |
|---|---|
| PLATT, THOMAS C. | 05/05/2009 |

| | | | | |
|---|---|---|---|---|
| 6. Transferee Judges Conference | October 27, 2008 | Palm Beach, Fla | Conference | H & S, T, F, L |
| 7. Federal Bar Council Luncheon | November 26, 2008 | NYC | Luncheon | H, F, T |
| 8. | | | | |
| 9. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PLATT, THOMAS C. | 05/05/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PLATT, THOMAS C. | 05/05/2009 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. Allstate Corp. Common | B | Dividend | K | T | | | | | |
| 2. Black & Decker Common | A | Dividend | J | T | | | | | |
| 3. Canadian Pacific (Ltd.) Common | A | Dividend | K | T | | | | | |
| 4. Conoco Philips | C | Dividend | M | T | | | | | |
| 5. Direct TV Group Inc. | | None | J | T | | | | | |
| 6. Discover Financial Services | A | Dividend | J | T | | | | | |
| 7. Dupont de Nemours Common | A | Dividend | K | T | | | | | |
| 8. El Paso Corp. Common | A | Dividend | K | T | | | | | |
| 9. Encana Corp. Common | C | Dividend | L | T | | | | | |
| 10. Exxon Mobil Common | E | Dividend | P1 | T | | | | | |
| 11. Fording CDN Coal Trust Common | A | Dividend | J | T | Sold | 10/23 | J | D | |
| 12. General Electric Common | E | Dividend | N | T | | | | | |
| 13. Halliburton Co. Common | D | Dividend | O | T | | | | | |
| 14. Hartford Fin. Serv. Group Common | A | Dividend | J | T | | | | | |
| 15. Host Hotels & Resorts | A | Dividend | J | T | | | | | |
| 16. IBM Common | C | Dividend | M | T | | | | | |
| 17. International Paper Co. Common | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| PLATT, THOMAS C. | 05/05/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.   ITT Industries Common | A | Dividend | J | T | | | | | |
| 19.   Morgan Stanley Common | B | Dividend | K | T | | | | | |
| 20.   News Corp. Ltd. Preferred | | None | J | T | | | | | |
| 21.   Pepsico Common | C | Dividend | M | T | | | | | |
| 22.   Progress Energy Common | A | Dividend | J | T | | | | | |
| 23.   Sears Holding | | None | J | T | | | | | |
| 24.   Starwood Hotels Common | A | Dividend | J | T | | | | | |
| 25.   Sun Trust Common | A | Dividend | J | T | | | | | |
| 26.   Yum Brands Common | A | Dividend | K | T | | | | | |
| 27.   UBS (Paine Webber) Cash Fund | E | Int./Div. | P1 | T | | | | | |
| 28.   Chase Bank | A | Interest | L | T | | | | | |
| 29.   US Series H Bonds | B | Interest | L | T | | | | | |
| 30.   IRAs - Chase | B | Interest | J | T | | | | | |
| 31.   * * * * * * * * | | | | | | | | | |
| 32.   Trustee - Trust Aunt | F | Dividend | P1 | T | | | | | |
| 33.   Direct TV Group Inc. | | | | | | | | | |
| 34.   Du Pont De Nemours | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PLATT, THOMAS C.          · | 05/05/2009 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Exxon Mobil Corp. | | | | | | | | | |
| 36. Genl Electric Co | | | | | | | | | |
| 37. Intl Paper Co | | | | | | | | | |
| 38. News Corp. Ltd. | | | | | | | | | |
| 39. Pepco Holdings, Inc. | | | | | | | | | |
| 40. Raytheon Co CL A | | | | | | | | | |
| 41. Xcel Energy Inc. (formerly Nthn States Power Minn) | | | | | | | | | |
| 42. UBS (Paine Webber) RMA-Govt Cash Fund | | | | | | | | | |
| 43. U.S. Treasury Note | | | | | | | | | |
| 44. | | | | | | | | | |
| 45. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| PLATT, THOMAS C. | 05/05/2009 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature ___  _____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

CHAMBERS OF
**THOMAS C. PLATT**
DISTRICT JUDGE

**United States District Court**
**Eastern District of New York**
**Central Islip, New York  11722-9014**

MAILING ADDRESS:
P.O. Box 9014

EXPRESS MAIL ADDRESS:
100 Federal Plaza

June 17, 2009

The Honorable Bobby R. Baldock, Chair
Judicial Conference of the United States
        Committee on Financial Disclosure
One Columbus Circle, N.E.
Washington, D.C. 20544

                Re:     Calendar Year 2008 Filing

Dear Judge Baldock:

        In reply to your letter dated June 11, 2009, about three or four years ago in a telephone conversation with the representative of your Committee, he raised the question of including the trust of which I was a Trustee for the benefit of ██████████ and it was agreed that it would be sufficient if I identified the person ███████████████████ who created the Trust and listed the corporate securities held by the Trust without disclosure of any values, transactions or other details; the purpose being to enable a litigant to move to recuse me from the case involving a listed corporation.. Your representative, after consulting with his Committee, agreed that nothing further would be required and for that reason I have not furnished any additional information. I will, in accordance with your suggestion, eliminate the ████████████████ and designate the Trust as Trust Number One from now on.

        If I can be of any further assistance, please let me know.

                                Sincerely yours,

                                ████████████

                                THOMAS C. PLATT
                                United States District Judge

TCP:tp

Platt_Thomas_C 3